# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
*In re:*  : Chapter 11
:
**VION PHARMACEUTICALS, INC.,** : Case No. 09-14429 (CSS)
:
Debtor.[1] : Re: Docket No. 94
:
----------------------------------------------------------x

## ORDER EXPEDITING CONSIDERATION OF
## THE DEBTOR'S DISCLOSURE STATEMENT AND PLAN

Upon the motion (the "Motion to Shorten")[2] of the above-captioned debtor and debtor-in-possession (the "Debtor") and the official committee of unsecured creditors appointed in this case (the "Committee," with the Debtor, the "Parties") for entry of an order, pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") expediting consideration of the Debtor's proposed Disclosure Statement and Plan. It appearing that, after due deliberation and sufficient cause appearing therefor,

**THE COURT HEREBY ORDERS THAT:**

1. The Motion to Shorten is GRANTED.

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification number for the Debtor, is Vion Pharmaceuticals, Inc. (1221). The Debtor's corporate offices are located at 4 Science Park, New Haven, Connecticut 06511.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to terms in the Motion or Plan (as defined in the Motion), as appropriate.

2. A hearing to consider the approval of the Debtor's Disclosure Statement is set for March 1, 2010 at 12:00 p.m..

3. A hearing to consider confirmation of the Debtor's Plan is set for April 6, 2010 at 11:30 a.m.

4. The Court shall retain jurisdiction to interpret and enforce this Order.

Dated: February 17, 2010
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 3537450v.2