IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| VION PHARMACEUTICALS, INC.,[1] ) | Case No. 09-14429 (CSS) |
| ) | |
| ) | |
| Debtor. ) | Related Docket No. 81 |
| ) | |

ORDER PURSUANT TO 11 U.S.C. §§ 328 AND 1103(a) FOR AUTHORITY TO EMPLOY AND RETAIN NHB ADVISORS, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JANUARY 4, 2010

Upon the Application,[2] of the Committee appointed in the chapter 11 case of the above-captioned debtor and debtor-in-possession (the "Debtor"), for an order pursuant to sections 328 and 1103(a) of chapter 11, of title 11, of the United States Code §§ 101-1532 (the "Bankruptcy Code"), authorizing the Committee to retain NHB Advisors, Inc. ("NHB") as its financial advisors, *nunc pro tunc* to January 4, 2010; and upon the Affidavit of Edward T. Gavin, CTP, a principle of NHB, which is annexed to the Application; and it appearing that notice has been given to those parties identified in the Application; and after due deliberation and sufficient cause appearing therefore, it is

HEREBY FOUND THAT:

1. Due and proper notice of the Application has been given, and no other or further notice is necessary or required.

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification number for the Debtor, is Vion Pharmaceuticals, Inc. (1221). The Debtor's corporate offices are located at 4 Science Park, New Haven, Connecticut 06511.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. NHB does not hold or represent any other entity having an adverse interest in connection with the Debtor's case.

3. The employment of NHB as financial advisors to the Committee to represent or perform services for the Committee is necessary and appropriate; and it is therefore

ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to sections 328 and 1103 of the Bankruptcy Code, the Committee is hereby authorized and empowered to employ NHB as its financial advisors in this chapter 11 case *nunc pro tunc* to January 4, 2010, and NHB is authorized to perform the services set forth in the Application.

2. NHB shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the local rules of this Court, and such other procedures as may be fixed by order of this Court.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: ____3/1____, 2010
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge