# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:
*In re:*                                       :    Chapter 11
:
**VION PHARMACEUTICALS, INC.,**    :    Case No. 09-14429 (CSS)
:
              Debtor.[1]             :    **Re: Docket Nos. 174 and 186**
:
---------------------------------------------------------x

## NOTICE OF EFFECTIVE DATE OF THE DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF LIQUIDATION

**TO CREDITORS AND OTHER PARTIES IN INTEREST:**

        PLEASE TAKE NOTICE that an order (the "Confirmation Order") of the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, confirming the Debtor's Second Amended Chapter 11 Plan of Liquidation (the "Plan"), was entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on April 7, 2010. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

        PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The Confirmation Order is also available by accessing the Bankruptcy Court's website www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

        PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on April 8, 2010.

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification number for the Debtor, is Vion Pharmaceuticals, Inc. (1221). The Debtor's corporate offices are located at 4 Science Park, New Haven, Connecticut 06511.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtor, any holder of a Claim against the Debtor and such holder's respective successors and assigns, whether or not the Claim of such holder is impaired under the Plan and whether or not such holder or entity voted to accept the Plan, as provided in the Plan.

Dated: April 8, 2010
Wilmington, Delaware

Respectfully submitted,

*/s/ Julie A. Finocchiaro*

John H. Knight, Esq. (No. 3848)
Christopher M. Samis, Esq. (No. 4909)
Julie A. Finocchiaro, Esq. (No. 5303)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com
samis@rlf.com
finocchiaro@rlf.com

and

Paul Jacobs
Merrill M. Kraines
David L. Barrack
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10128
Telephone: (212) 318-3000
Facsimile: (212) 318-3400

*Attorneys for the Debtor and Debtor in Possession*